1  Aruna Prabhala, Cal. Bar No. 278865
2  Adam Keats, Cal. Bar No. 191157
   John Buse, Cal. Bar. No. 163156
3  Center for Biological Diversity
4  351 California Street, Suite 600
   San Francisco, CA 94104
5  Telephone: 415-436-9682
   Facsimile: 415-436-9683
6  aprabhala@biologicaldiversity.org
7  akeats@biologicaldiversity.org
   jbuse@biologicaldiversity.org
8

9  Jason Weiner, Cal. Bar. No. 259264
10 Wishtoyo Foundation and its Ventura Coastkeeper Program
   3875-A Telegraph Road #423
11 Ventura, CA 93003
   Telephone: 805-823-3301
12 Facsimile: 805-258-5107
13 jweiner.venturacoastkeeper@wishtoyo.org

14
   Attorneys for Plaintiffs
15

16              IN THE UNITED STATES DISTRICT COURT

17             FOR THE CENTRAL DISTRICT OF CALIFORNIA

18

19 | CENTER FOR BIOLOGICAL          ) | Case No._____
   | DIVERSITY, WISHTOYO            )
20 | FOUNDATION, VENTURA            )
   | COASTKEEPER, FRIENDS OF THE    )
21 | SANTA CLARA RIVER, and SANTA   ) **CERTIFICATION AND NOTICE**
22 | CLARITA ORGANIZATION FOR       ) **OF INTERESTED PARTIES**
   | PLANNING THE ENVIRONMENT,      )
23 |                                )
24 |   Plaintiffs,                  )
   |                                )
25 |                                )
   | v.                             )
26 |                                )
27 | UNITED STATES ARMY CORPS OF    )
   | ENGINEERS, COL. KIMBERLY       )
28 |                                )

Certification and Notice of Interested Parties                              1

| | |
|---|---|
| 1 | COLLOTON, in her official capacity as ) |
| | Commander and District Engineer of ) |
| 2 | the Los Angeles District of the U.S. ) |
| | Army Corps of Engineers, UNITED ) |
| 3 | STATES ENVIRONMENTAL ) |
| | PROTECTION AGENCY, GINA ) |
| 4 | McCARTHY, in her official capacity as ) |
| 5 | Administrator of the U.S. ) |
| | Environmental Protection Agency, and ) |
| 6 | JARED BLUMENFELD, in his official ) |
| 7 | capacity as Region 9 Administrator of ) |
| | the U.S. Environmental Protection ) |
| 8 | Agency, ) |
| 9 | ) |
| 10 | Defendants. ) |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, the undersigned, counsel of record for Plaintiffs certify that as of this date there is no such corporation or interested party to report.

Dated:  March 6, 2014

/s/ John Buse
John Buse
Adam Keats
Aruna Prabhala
CENTER FOR BIOLOGICAL DIVERSITY

Attorneys for Plaintiffs Center for Biological Diversity, Friends of the Santa Clara River, and Santa Clarita Organization for Planning the Environment

/s/ Jason Weiner
Jason Weiner

Certification and Notice of Interested Parties                                                                                                2

| | |
|---|---|
| 1 | WISHTOYO FOUNDATION/VENTURA COASTKEEPER |
| 2 | |
| 3 | Attorney for Plaintiff Wishtoyo Foundation/Ventura Coastkeeper |
| 4 | |