UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:14−cv−01667−PSG−CW | Date | 6/29/2015 |
| Title | CENTER FOR BIOLOGICAL DIVERSITY ET AL V UNITED STATES ARMY CORPS OF ENGINEERS ET AL | | |

Present: The Honorable  Philip S. Gutierrez , U. S. District Judge

| Wendy Melgar | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Aruna Prabhala | Devon Lehman McCune |
| John T Buse | David P Hubbard |
| Jason Adam Weiner | James F Rusk, Mark Dillon, Robert J Uram |

**Proceedings:**     **MOTIONS HEARING**

Having considered all papers submitted in support of and in opposition to the following Motions, and the oral argument presented today, the Court takes the motions Under Submission.

Defendant−Intervenor's Motion for Summary Judgment; Federal Defendants' Motion for Summary Judgment on All Claims Pursuant to FRCP 56; Plaintiffs' Motion for Summary Judgment; Federal Defendants' Motion to Strike Extra−record Materials; and Defendant−Intervenor's Motion to Strike.

:41

Initials of Preparer:  wm