1  GATZKE DILLON & BALLANCE LLP
   MARK J. DILLON (SBN 108329)
2  mdillon@gdandb.com
   DAVID P. HUBBARD (SBN 148660)
3  dhubbard@gdandb.com
   2762 Gateway Road
4  Carlsbad, California 92009
   Telephone: 760.431.9501
5  Facsimile: 760.431.9512

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
7    Including Professional Corporations
   ROBERT J. URAM (SBN 122956)
8  ruram@sheppardmullin.com
   JAMES F. RUSK (SBN 253976)
9  jrusk@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
10 San Francisco, California 94111-4109
   Telephone:  415.434.9100
11 Facsimile:   415.434.3947

12 Attorneys for Defendant-Intervenor

13 (See next page for additional counsel)

E-FILED: 7/29/2015

14          UNITED STATES DISTRICT COURT

15       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>Defendants. | Case No. 2:14-cv-01667-PSG (CWx)<br><br>[~~PROPOSED~~] **ENTRY OF JUDGMENT IN A CIVIL CASE**<br><br>Action Filed: March 6, 2014 |
| THE NEWHALL LAND AND FARMING COMPANY, a California Limited Partnership,<br><br>Defendant-Intervenor. | |

SMRH:442135866.3

Case No. 2:14-cv-01667-PSG (CWx)
[~~PROPOSED~~] ENTRY OF JUDGMENT

1  MORRISON AND FOERSTER LLP
   MIRIAM A. VOGEL (SBN 67822)
2  mvogel@mofo.com
   707 Wilshire Boulevard, Suite 6000
3  Los Angeles, California 90017-3543
   Telephone: 213.892.5929
4  Facsimile: 213.892.5454

5  Co-Counsel for Defendant-Intervenor

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SMRH:442135866.3

Case No. 2:14-cv-01667-PSG (CWx)
[PROPOSED] ENTRY OF JUDGMENT

1  This matter came on for oral argument and hearing on June 29, 2015 at
2  1:30 p.m., before the undersigned, in Courtroom 880 of the United States District
3  Court, Central District of California, on the parties' motions for summary judgment.
4  The Court, having considered the arguments in the supporting and opposing
5  pleadings and briefs, those presented at the June 29 hearing, and the administrative
6  record admitted into evidence, rendered a decision on June 30, 2015, granting
7  Defendants' and Defendant-Intervenor's motions for summary judgment and
8  denying Plaintiffs' motion for summary judgment as to all claims.
9  It is hereby ORDERED that:
10  1.  Judgment is hereby entered in favor of Defendants and Defendant-
11  Intervenor, and against Plaintiffs; Plaintiffs shall take nothing.

14  DATED:  __7/29____, 2015

## PHILIP S. GUTIERREZ

United States District Judge