John Buse, Cal. Bar. No. 163156
Aruna Prabhala, Cal. Bar No. 278865
Center for Biological Diversity
1212 Broadway
Oakland, CA 94612
Telephone: 510-844-7100
Facsimile: 510-844-7150
jbuse@biologicaldiversity.org
aprabhala@biologicaldiversity.org

Jason Weiner, Cal. Bar. No. 259264
Wishtoyo Foundation and its Ventura Coastkeeper Program
3875-A Telegraph Road #423
Ventura, CA 93003
Telephone: 805-823-3301
Facsimile: 805-258-5107
jweiner.venturacoastkeeper@wishtoyo.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.<br><br>Defendants. | Case No. CV 14-01667 PSG (CWx)<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

NOTICE is hereby given that Center for Biological Diversity, Wishtoyo Foundation, Friends of the Santa Clara River, Santa Clarita Organization for Planning the Environment, Santa Ynez Band of Chumash Mission Indians for the Santa Ynez Reservation, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit the final Judgment in favor of Defendants and Defendant-Intervenor entered in this action on July 29, 2015 (Dkt. No. 130) and order granting Defendants' and Defendant-Intervenor's Motions for Summary Judgment entered in this action on June 30, 2015 (Dkt. No. 127).

DATED: August 31, 2015             /s/ Aruna Prabhala
                                    Attorney for Plaintiffs
                                    Center for Biological Diversity
                                    1212 Broadway
                                    Oakland, CA 94612
                                    Telephone: 510-844-7100
                                    Facsimile: 510-844-7150
                                    aprabhala@biologicaldiversity.org

# CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2015, I electronically filed Plaintiff's Notice of Appeal with the Clerk of the Court using the CM/ECF System which will automatically notify all counsel of record of the filing via e-mail.

A copy was also served by placing the documents in an envelope and sending them via U.S. Mail to counsel for Defendants and Defendant Intervenors as follows:

John C. Cruden, Assistant Attorney General
Devon Lehman McCune, Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202

Norman L. Rave, Jr., Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044

Mark J. Dillon
David P. Hubbard
GATZKE DILLON & BALLANCE LLP
2762 Gateway Road
Carlsbad, California 92009

Robert J. Uram
James F. Rusk
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109

Miriam A. Vogel
MORRISON AND FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543

                                          __/s/ Aruna Prabhala_____